FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-2341

_____

CARL SCOTT,

Appellant,

v.

STATE OF FLORIDA, et al.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.


January 9, 2026


PER CURIAM.

The Court dismisses this case as untimely filed.

LEWIS, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Carl Scott, pro se, Appellant.

James Uthmeier, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Appellees.